UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
JAN 08 2019
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

UNITED STATES OF AMERICA, )
)
*Plaintiff,* )
)
v. ) Cause No. 1:19-cr-
)
DAWAYNE HAWKINS, ) 1:19-cr-0005 JRS -TAB
)
*Defendant.* )

INDICTMENT

The Grand Jury charges that:

COUNT ONE
(Felon in Possession of a Firearm and Ammunition)
18 U.S.C. § 922(g)(1)

On or about November 22, 2018, within the Southern District of Indiana, Indianapolis Division, the defendant,

DAWAYNE HAWKINS,

having been convicted of one or more felony crimes punishable by imprisonment for a term exceeding one (1) year, to wit:

Failure to Return to Lawful Detention as a level 6 felony under cause number 49G18-1602-F6-00717, in Marion County Superior Court, Indiana, on or about April 20, 2016;

Resisting Law Enforcement as a class D felony under cause number 49G15-1406-FD-032579, in Marion County Superior Court, Indiana, on or about September 25, 2014;

Escape as a class D felony under cause number 49F15-1404-FD-021020, in Marion County Superior Court, Indiana, on or about September 25, 2014;

Criminal Confinement and Robbery as class B felonies under cause number 49F25-1008-FB-065025, in Marion County Superior Court, Indiana, on or about June 1, 2011,

did knowingly possess in and affecting commerce a firearm, to wit: a Smith and Wesson Shield .40 caliber pistol bearing serial number HDH9894, loaded with eight (8) rounds of .40 caliber ammunition.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

FORFEITURE ALLEGATION

1. The allegations in Count One of this Indictment are realleged as if fully set forth here, for the purpose of giving the defendant notice that the United States intends to seek forfeiture of various property pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461.

2. If convicted of the offense set forth in Count One of the Indictment, DAWAYNE HAWKINS, defendant herein, shall forfeit to the United States the defendant's interest in property seized by law enforcement on or about November 22, 2018, including but not limited to:

a. A Smith and Wesson Shield .40 caliber pistol bearing serial number HDH9894; and

b. Eight (8) rounds of .40 caliber ammunition.

A TRUE BILL:

[redacted]

FOREPERSON

JOSH J. MINKLER
UNITED STATES ATTORNEY

by:

Jeffrey D. Preston
Assistant United States Attorney