**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:19-cr-0005-JRS-TAB |
| | ) | |
| | ) | |
| | ) | |
| DAWAYNE HAWKINS | ) | |
| Defendant. | ) | |

**APPEARANCE**

TO: CLERK OF COURT

Please enter the appearance of William H. Dazey, Jr, Indiana Federal Community Defenders, Inc., as counsel for the Defendant.

Dated: February 23, 2023

*William H. Dazey, Jr*
William H. Dazey, Jr
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Ste. 3200
Indianapolis, IN 46204
(317) 383-3520
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I certify that on February 23, 2023, a copy of the foregoing Appearance was filed electronically. Notice of this filing will be sent to the parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*William H. Dazey, Jr*
William H. Dazey, Jr