UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | ) | |
| vs. | ) | CAUSE NO. 1:19-cr-00005-JRS-TAB |
| DAWAYNE HAWKINS,<br>Defendant. | ) | |

**COURTROOM MINUTE FOR FEBRUARY 23, 2023**
**HONORABLE MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared for hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on November 20, 2022. [Dkt. 58.] Defendant appeared in person and by FCD counsel William Dazey. Government represented by AUSA Jayson McGrath. USPO represented by Tasha Taylor.

Financial affidavit approved. Counsel appointed.

Charges and rights were reviewed and explained, and the Court ensured Defendant had a copy of the Petition. Defendant waived reading of the Petition.

Defendant waived his right to a preliminary hearing.

Following the initial appearance on the Petition, counsel for Defendant orally moved, without objection from the government, to continue disposition of the Petition on the merits, which motion was granted by the Court. Disposition Hearing is set for **Wednesday, March 8, 2023 at 2:00 p.m. (Eastern) in Courtroom 349** before the Criminal Duty Magistrate Judge.

The government requested that Defendant remain in custody pending the disposition hearing and Defendant consented to such detention.

Defendant was remanded to the custody of the U.S. Marshal pending further proceedings before the Court.

Dated: 23 FEB 2023

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the Court's ECF system