UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 1:19-CR-00005-JRS-TAB |
| | ) | |
| DAWAYNE HAWKINS, | ) | |
| | ) | |
| Defendant. | ) | |

**APPEARANCE**

Comes now, John E. Childress, Acting United States Attorney for the Southern District of Indiana, by Jayson W. McGrath, Assistant United States Attorney for the Southern District of Indiana, and enters his appearance as counsel for the United States of America.

Respectfully submitted,

JOHN E. CHILDRESS
Acting United States Attorney

By: /s/ Jayson W. McGrath

Jayson W. McGrath
Assistant United States Attorney
Office of the United States Attorney
10 W. Market Street, Suite 2100
Indianapolis, IN 46204-3048
Telephone: (317) 226-6333
Fax: (317) 226-6125
Email: Jayson.McGrath@usdoj.gov