AO 442 (Rev. 11/11) Arrest Warrant

FILED
FEB 13 2026
U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

# UNITED STATES DISTRICT COURT

for the

Southern District of Indiana

United States of America
v.
DAWAYNE HAWKINS
*Defendant*

Case No. 1:19-CR-00005-JRS-TAB

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* DAWAYNE HAWKINS, who is accused of an offense or violation based on the following document filed with the court:

❒ Indictment ❒ Superseding Indictment ❒ Information ❒ Superseding Information ❒ Complaint
❒ Probation Violation Petition ☑ Supervised Release Violation Petition ❒ Violation Notice ❒ Order of the Court

This offense is briefly described as follows:

Violations of Conditions of Release

CLERK OF COURT, Roger A.G. Sharpe

BY: Ashley Thompson

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

Date: 04/17/2024

City and state: Indianapolis, IN

*Printed name and title*

**Return**

This warrant was received on *(date)* 13 FEB 2026, and the person was arrested on *(date)* 13 FEB 2026 at *(city and state)* INDIANAPOLIS, IN.

SIGNED IN COURT

Date: 13 FEB 2026

J. RANDALL
*Arresting officer's signature*

[signature] / DUSM
*Printed name and title*