UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>DAWAYNE HAWKINS,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) | CAUSE NO. 1:19-cr-0005-JRS-TAB |

**COURTROOM MINUTE FOR FEBRUARY 13, 2026**
**HONORABLE M. KENDRA KLUMP, MAGISTRATE JUDGE**

Parties appeared for hearing on the Petitions for Warrant or Summons for Offender under Supervised Release filed on April 15, April 25, and June 26, 2024. (Dkts. 77, 81, 83). Defendant appeared in person and by FCD counsel Gwendolyn Beitz. Government represented by AUSA Jayson McGrath. The USPO was represented by Courtney Ratzlaff.

Financial affidavit approved. Counsel appointed.

Allegations and rights were reviewed and explained and the Court ensured Defendant had copies of the petitions. Defendant indicated that he was undecided on whether he would like to proceed with a preliminary hearing. Should Defendant desire such a hearing, counsel shall file a motion within 14 days. Government moved for detention. Defendant waived his right to a detention hearing and was ordered detained pending further proceedings.

This matter is scheduled for a hearing on **February 19, 2026, at 3:30 p.m**. in Courtroom 329 before the duty magistrate judge. Defendant shall be present in person.

Defendant remanded to the custody of the US Marshal pending further proceedings.

Date: 2/17/2026

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

all ECF-registered counsel of record via email generated by the court's ECF system

U.S. Marshal Service